UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | *EX PARTE* ORDER |
| LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE SECOND FAMILY COURT, MONTEVIDEO, URUGUAY, IN THE MATTER OF MYRIAM PERCILIA TOLEDO MARTINEZ | 26 MC 512 |

WHEREAS, the United States of America, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, on behalf of the Second Family Court, Montevideo, Uruguay, is seeking to obtain information from New York City Department of Health and Mental Hygiene, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Matter of Myriam Percilia Toledo Martinez";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Ilan Stein, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from New York City Department of Health and Mental Hygiene and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve New York City Department of Health and Mental Hygiene with a copy of this Order and the accompanying documents.

Dated: New York, New York
October 21, 2026

So ordered.
The Clerk of Court is directed to terminate the motion at ECF No. 1.

J. PAUL OETKEN
United States District Judge